(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of New York   22-cv-716

Luis DeJesus Din# 18A1584

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

① Elmira C.F.
② Sarah Palmer - RN 2
② T. Bauman - CO
  Elmira C.F.
③ Elmira C.F.
③ Sgt Beschler
④ S.O.R.C. Collins S.M.
  Elmira C.F.
⑤ John Rich
  Elmira C.F. Superintendent

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

JURY TRIAL: Yes ✓  No ___



FILED AUG 17 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# Ammendment Complaint

Plantiff alleges that defendents deprived him of his Constitutional rights to due process of law at his tier III ticket hering, in which resulted in his confinement in the Special Houseing unit /S.H.U./ Residential Rehabilitetion unit /RRU for 90 days with loss of certain privaliges. As the Second Circuit has held, Due Process requires that a disciplanary hereing resulting in SHU/RRU Confinement, an incarcerated individual must be affored advance written notice of the charges against him and a written statement of facts finding supporting the disposition and reasons for a disciplanary action taken" (Kalwasinski v. Morse, 201, F.3d 103, 108, (2d cir-1999) citing (Wolf v McDonnel, 418, U.S. 539, 563-64 (1974) Additionaly subject to legitamate safety and correctional goals of the instution, an incarcerated individual should also be permitted to call a witness and present documentation as evidence. (citing, inter alia, McCann v. Coughlin, 698, F.2d, 112, 121-122 (2d cir 1983) Thus a claim for due process accrues for a incarcerated individuals faceing confinement in SHU/RRU when he knows or has reason to know of deprivation of one of the foregoing due process rights to which is entitled. See, eg. Scott v. Gardner, 287, F. Supp. 2d. 477, 492, (SDNY 2003) on reconsideration in part, 344 F. Supp. 2d. 421 (SDNY 2004)

As plantiff recieved a 90 day SHU/RRU loss of commisary + packages + was sent to Fishkill RRU were his due process rights were violated do to the facts of March 7 2023 when plantiff was issued a tier III ticket for R.N. Palmer alledgelly saying plantiff was masturbateing because he refused medication. Shortly after C.O. T Bowman + Sgt Beschler came and placed plantiff in restraints and brought him to S.H.U. March 16 2023. Plantiff attended his tier III ticket hereing with S.O.R.C. Collins and the plantiff requested to have his witness called + S.O.R.C. Collins paused the video tape + made a aplication to me to plea out to a Harassment at that time plantiff rejected because he was innocent and said absolutly not. S.O.R.C. Collins went on with my tier III hereing without calling my witness and violateing my fourteenth ammendment Due Process and plantiff was gweing a 90 day Sanction of SHU/RRU. Super Intendent of Elmira John Rich let my due process be violated. Plantiff after recieveing a 90 day SHU/RRU was put onto draft to Fishkill r r u were plantiff participated in the r.r.u. program and was called a pervert and while attending the r r u program plantiff was denied r.r.u. Commisary in which your entitled to a $90 Commisary buy every 2 weeks in which case plantiff was only gwen $5.00 Commisary buy. Also while in the r r u program the Halt Act law states that it s inhumane to take away a incarcerated individuals Commisary + packages while in the r.r.u. program. My family sent me a 35 lb food package to Fishkill and I was denied the

package even though it came from a approved vendor but my package was denied because of my tier III ticket which stated that I was masturbateing while the nurse asked plantiff if he wanted his meds. After ammending my tier III ticket in which S.O.R.C. Collins violated my due process by not calling my witness to testify in my behalf instead S.O.R.C. Collins violated my due process Sentencing me to 90 days on fabricated allegations 100.15 disorderly conduct 107.11 Harassment 101.10 Sex offense 101.20 Lewd Conduct. After a due diligent ammended Complaint do to the facts of plantiff's tier III hereing R.N. Sara Palmer C.O. T Bowman and Sgt Beschler S.O.R.C. Collins and Superintendent John Rich of Elmira plantiff's tier III ticket after serving 98 days N.Y.S D.O.C.C.s granted plantiff a reversal of all charges

Att. A

## Defendant Information

| | |
|---|---|
| Defendant No.#5 | |
| Name | John Rich |
| Job or title | Superintendent |
| Shield Number | |
| Employer | NYS DOCCS |
| Address | 1879 Davis Street P.O. Box 500 |
| | Elmira, NY 14901-0500 |

☐ Individual Capacity  ☒ Official Capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Luis DeJesus
All other names by which you have been known: Luis Manuel DeJesus
ID Number: Din # 18A1584
Current Institution: Attica Correctional Facility
Address: Box 149
Attica, NY 14011-0149
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Sarah Palmer
Job or Title *(if known)*: R-N-2
Shield Number:
Employer: N.Y.S. D.O.C.C.S
Address: 1879 Davis Street P.O. Box 500
Elmira, NY 14901-0500
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: T Bowman
Job or Title *(if known)*: Correction Officer
Shield Number:
Employer: NYS DOCCS
Address: 1879 Davis Street P.O. Box 500
Elmira, NY 14901-0500
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

Page 2 of 11

Defendant No. 3
Name: Beschler
Job or Title (if known): Sergent
Shield Number:
Employer: NYS DOCCS
Address: 1879 Davis Street P.O. Box 500
Elmira        NY        14901-0500
City        State        Zip Code

[ ] Individual capacity  [x] Official capacity

Defendant No. 4
Name: Collins S.M
Job or Title (if known): S.O.R.C.
Shield Number:
Employer: NYS DOCCS
Address: 1879 Davis Street P.O. Box 500
Elmira        NY        14901-0500
City        State        Zip Code

[ ] Individual capacity  [x] Official capacity

See Att (A) other Defendant #5

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourteenth ammendment due process

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    **D.**    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Amendment Complaint*

**III.**    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

**IV.**    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    **A.**    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    **B.**    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Elmira C.F. G Block 4 Company March 7th 2022*

C. What date and approximate time did the events giving rise to your claim(s) occur?

March 7 2022   7:10 am

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I did 98 days special housing unit/RRU because S.O.Re. Collins violated my due process

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No physical therapy No approved medical approved medical Boots, denied eye glasses

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Violation of due process fourteenth Amendment punitive damages in the Amount of 1,000,000,000

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Elmira c.f. G block 4 company

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

fourteenth ammendment due process

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

**E.** If you did file a grievance:

1. Where did you file the grievance?

   Fishkill C.F. And Attica C.F. and Elmira C.F.

2. What did you claim in your grievance?

   $5.00 Commisary / No packages RRU / vision problems / RRU Cold Showers / Staff mistreatment / No physical therapy or medical Boots

3. What was the result, if any?

   nothing

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   appeal to superintendent then appealed to central office Review comittiee (CORC) yes

    **F.**    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    **G.**    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☒ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/13/23

Signature of Plaintiff
Printed Name of Plaintiff: Luis DeJesus
Prison Identification #: Din # 18A1584
Prison Address: Attica Correctional Facility Box 149
Attica, NY 14011-0149

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

LEGAL MAIL

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: Luis De Jesus  DIN: 18A1584

Clerk, U.S. District Court
United States Courthouse
Buffalo, N.Y. 14209-3350

AUG 17 2023
ATTICA CORRECTIONAL FACILITY

NEOPOST
08/14/2023
US POSTAGE $001.11
ZIP 14011
041M11284163